No. 93–1249. PYLE *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 93–1253. SANTOS *v.* RUNYON, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.

No. 93–1261. MAGNUSON, DBA YOSHIKO'S SAUNA *v.* CITY OF MINNEAPOLIS. Ct. App. Minn. Certiorari denied.

No. 93–1267. KING *v.* BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1277. MOHAM *v.* STEEGO CORP. C. A. 5th Cir. Certiorari denied.

No. 93–1282. AMERICAN HOME PRODUCTS CORP. ET AL. *v.* MYLAN LABORATORIES, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–1290. LOS ANGELES LAND CO. *v.* BRUNSWICK CORP. C. A. 9th Cir. Certiorari denied.

No. 93–1324. STOCKSTILL *v.* SHELL OIL CO. C. A. 5th Cir. Certiorari denied.

No. 93–1355. CRISLER *v.* FRANK ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–6570. VANDYKE *v.* DOUGLAS VANDYKE COAL CO., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–6619. EISENSTEIN *v.* HABER ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–6665. GAUDREAULT *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–6727. CASEL *v.* UNITED STATES; and
No. 93–6731. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–6772. KENNEDY *v.* STEEL WAREHOUSE CO., INC. C. A. 7th Cir. Certiorari denied.